Slip Op. 09-21

# UNITED STATES COURT OF INTERNATIONAL TRADE

|   |   |   |
|---|---|---|
| CORUS STAAL BV, | : | |
| Plaintiff, | : | |
| v. | : | Before: Judith M. Barzilay, Judge |
| UNITED STATES AND UNITES STATES DEPARTMENT OF COMMERCE, | : | Court No. 07-00221 |
| Defendants, | : | |
| and | : | |
| UNITED STATES STEEL CORPORATION AND ARCELORMITTAL USA INC., | : | |
| Defendant-Intervenors. | : | |

## JUDGMENT

Upon consideration of Defendant U.S. Department of Commerce's ("Commerce") *Final Results of Redetermination Pursuant to Court Remand* filed on February 20, 2009, the court's opinion in this action on December 29, 2008, and all other papers filed and proceedings conducted in this civil action, it is hereby:

**ORDERED** that Commerce's use of zeroing to recalculate Plaintiff Corus Staal's ("Corus") dumping margin during the subject administrative review is AFFIRMED; and it is further

Court No. 07-00221 Page 2

**ORDERED** that Commerce's instructions to U.S. Customs and Border Protection ("Customs") to levy antidumping duties on entries of the subject merchandise made by Corus during the fourth administrative review is AFFIRMED; and it is further

**ORDERED** that Commerce's *Final Results of Redetermination Pursuant to Court Remand* concerning the issue of duty absorption is AFFIRMED.

Dated: March 24, 2009                                        /s/ Judith M. Barzilay
       New York, NY                                                 Judith M. Barzilay, Judge

# NOTICE OF ENTRY AND SERVICE

This is a notice that an order or judgment was entered in the docket of this action, and was served upon the parties on the date shown below.

Service was made by depositing a copy of this order or judgment, together with any papers required by USCIT Rule 79(c), in a securely closed envelope, proper postage attached, in a United States mail receptacle at One Federal Plaza, New York, New York 10278 and addressed to the attorney of record for each party at the address on the official docket in this action, except that service upon the United States was made by personally delivering a copy to the Attorney-In-Charge, International Trade Field Office, Civil Division, United States Department of Justice, 26 Federal Plaza, New York, New York 10278 or to a clerical employee designated, by the Attorney-In-Charge in a writing filed with the clerk of the court.

or

Service was made electronically, by the Court's CM/ECF system, upon those parties that have filed a Notice of Consent to Electronic Service.

Tina Potuto Kimble
Clerk of the Court

Date: _____    By: _____
                                      Deputy Clerk